UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| MICHAEL TODD DAWSON, | ) |
| Plaintiff, | ) Case No. 1:17-cv-00676-MRB |
| vs. | ) Judge Michael R. Barrett |
| ASSURED PARTNERS, NL, LLC, | ) |
| Defendant. | ) |

**ORDER GRANTING AMENDED MOTION FOR**
*PRO HAC VICE* **ATTORNEY TO ACT AS TRIAL COUNSEL**

This matter came before the Court on the Motion for *Pro Hac Vice* Attorney Todd J. Kaiser to act as trial counsel on behalf of the Defendant, Assured Partners, NL, LLC. (Doc. 43). The Court, having reviewed the Motion and being duly advised, hereby GRANTS the Amended Motion (Doc. 43) and DENIES as moot the Initial Motion (Doc. 42). Todd J. Kaiser may serve as trial counsel for Defendant, and the Court will reimburse Defendant the $200 filing fee, receipt number 0648-7450688 associated mistakenly submitted with (Doc. 42).

Dated: June 11, 2020

/s Michael R. Barrett
Judge, United States District Court, Southern District of Ohio, Western Division

Service will be made electronically on
all ECF-registered counsel of record via
e-mail generated by the court's ECF system.

42731883.1